161 So. 107

### Dock WINGARD v. STATE.

4 Div. 823.

Supreme Court of Alabama.

April 25, 1935.

W. H. Stoddard, of Luverne, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Dock Wingard for certiorari to the Court of Appeals to review and revise

the judgment and decision of that court in Wingard v. State, 161 So. 107.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.